514

51 P.3d 381

**August 9, 2002**

24033, State v. Vincent                                         Affirmed
24034